## Appellate Department, Superior Court, Alameda

[Civ. A. No. 236.   Apr. 21, 1958.]

PAUL ZIEGELMAIER et al., Appellants, v. RUDOLPH
RASMUSSEN et al., Respondents.

Marks & Pedersen for Appellants.

Young & Young for Respondents.

LEDWICH, J.—This case was submitted to the trial court
and is submitted to this court pursuant to a stipulated set of
facts under Code of Civil Procedure, section 1138, and an
agreement of sale between appellants and respondents, which

is Exhibit A to the complaint, dated June 18, 1956, wherein appellants are the sellers and respondents are the buyers. The property covered by the agreement is a summer resort in Plumas County.

The escrow was closed August 15, 1956, but respondents, pursuant to the agreement, entered into possession of the property on June 18, 1956, and received all of the rents and profits therefrom from June 18, 1956. ■ The sole question presented to this court is whether or not appellants are entitled to interest on the unpaid balance of the purchase price, namely, $123,000, from June 18, 1956, or only from August 15, 1956. No date for the commencement of interest was specified in the agreement.

The trial court held that interest ran only from August 15, 1956, the date of closing the escrow. In so holding we think the trial court was in error.

The agreement was not silent on interest. Paragraph E, page five of the agreement, provides for interest as follows:

"E. The sellers agree to deliver their property free and clear of all encumbrances. Sellers agree to carry a note and first deed of trust secured by property at Bucks Lake. Above described in the amount of $123,000.00, payable as follows (interest at 5% per annum)—$12,000.00 on or before September 15, 1956, the balance of approximately $111,000.00 to be paid in 15 equal installments of $7,400.00 each."

Paragraph E of the agreement definitely shows the intent of the parties that the unpaid balance of the purchase price was to draw interest at 5 per cent per annum. There is nothing in the agreement that interest was to commence only at the time the escrow was closed, which could have been a matter of several months. In the meantime the buyers would be enjoying the rents and profits of the sellers' property and the sellers receiving no return whatever upon the balance of purchase price unpaid.

The total purchase price was $155,000 for the real and personal property, and approximately $10,000 for the inventory of stock in trade. The unpaid balance of the purchase price, $123,000, was in excess of 70 per cent of the total purchase price. It would be most inequitable for the buyer to receive all the rents and profits from the property purchased, while the seller received no income on over 70 per cent of the consideration that he was to receive, until some indefinite date in the future when the escrow might be closed. The language of Paragraph E, which provides for interest on the unpaid

purchase price, should not be so construed in the absence of anything to that effect in the agreement.

The trial court, in its "Memorandum Opinion" cites cases to the effect that where no interest is reserved none can be claimed, and cites the following authorities: *Upton* v. *Gould*, 64 Cal.App.2d 814, 817 [149 P.2d 731]; *Gibbs* v. *Mendoza*, 103 Cal.App. 183, 186 [284 P. 250]; 75 A.L.R. 316; 25 A.L.R. 2d 953; 55 Am.Jur. 773.

The holding of these authorities may be summarized by the following statement from *Upton* v. *Gould*, page 817: "It is the generally well settled rule that where a contract makes *no provision* for the payment of interest, no interest can be charged or collected prior to the time that payment falls due."

After citing several California cases, the court continues: "The contract here is *silent* on the subject of interest." (Italics ours.)

It cannot be said, in view of Paragraph E of the agreement, that this contract makes "no provision for" or "is silent on the subject of interest." It clearly shows an intent to pay interest on the unpaid purchase price but simply fails to specifically state the time at which interest is to commence. Under such circumstances the rule in equity is that the purchaser in possession and enjoying the benefits thereof shall pay interest on the unpaid purchase price from the date of his possession. The law implies such an agreement in the absence of anything in the contract to indicate a contrary intention. The well considered case of *Volk* v. *Atlantic A. & R. Co.*, 142 N.J.Eq. 67 [59 A.2d 387], declares the rule we deem applicable to this case as follows:

". . . Where the purchaser is in possession, equity will in general require him to pay interest on the unpaid purchase-money. The parties may, indeed, control the matter by their stipulations, but so strongly does equity hold to the principle that a purchaser in possession shall pay interest, that it will look at any agreement which appears to prevent the application of the rule, in the light of the general principle, and since it interposes only according to conscience, will refuse to compel execution of it where it grossly violates the rule."

And on page 392:

"And so, in the absence of some incompatible equity, it seems to be the predominant weight of judicial opinion in courts of equitable jurisdiction that in the ordinary case to

accord the purchaser the beneficial enjoyment of the possession of the property without liability for any interest on the retained purchase money is inequitable.''

The above rule is the generally prevailing rule. See 25 American Law Reports 2d 953 and 75 American Law Reports 316, at page 343.

The judgment is reversed, and the municipal court is directed to enter judgment in favor of plaintiffs and appellants and against defendants and respondents for interest on the sum of $123,000 from June 18, 1956, to August 15, 1956.

Wagler, P. J., concurred.

HOYT, J.—I dissent. Paragraph E of the contract clearly means that sellers agree to accept a note secured by a first deed of trust on the property at Bucks Lake, that this note will be in the amount of $123,000, bear interest at 5 per cent per annum, and be payable in installments as stated in Paragraph E. In my opinion this paragraph not only does not show an intent to pay interest prior to the date of the note, but in fact negatives any such intent.

*Upton* v. *Gould*, 64 Cal.App.2d 814 [149 P.2d 731], establishes the principle that where no interest is reserved, none can be claimed. Under the contract in question no interest was reserved for the period of time prior to the execution of the note. It would therefore seem to follow under this case that the courts of this state should not require the payment of interest in situations where it is not reserved in the agreement.

*Volk* v. *Atlantic A. & R. Co.*, 142 N.J.Eq. 67 [59 A.2d 387], holds that equity in ordering specific performance of an agreement of purchase and sale which does not provide that the purchaser in possession shall pay interest on the unpaid purchase money will, ''*in the absence of some incompatible equity*'' require the purchaser to pay interest on the retained purchase money. In the instant case, under the facts before us, in my opinion it cannot be said that there is no incompatible equity.

# INDEX

[References are to pages where headnotes appear. Figures in brackets refer to headnote numbers.]

ADMINISTRATIVE LAW
  Judicial Review—Exhaustion of Administrative Remedies, 413 [1]
    Hearing, 728 [4]
    Mandamus—Hearing, 823 [1]

ADOPTION
  Collateral Attack, 216 [5]
  Effect, 216 [4]
  Validity, 216 [6]

AFFIDAVITS
  Information and Belief, 842 [10]

AGENCY
  Agent as Fiduciary, 83 [5]
  Liabilities of Agents—Secret Profits, 83 [4]

AGRICULTURE
  State Associations, 93 [1], 94 [3-5]

APPEAL
  Abandonment, 630 [5]
  Briefs—Failure to File, Effect of Respondent's, 67 [2]
    Reply Briefs—Raising New Questions, 372 [1]
  Decisions Appealable—Effect of New Trial Granted, 543 [1]
    Finality—Collateral Matters, Determination of, 549 [1]
      Judgment, Final, 543 [3]
    Orders on Demurrer, 773 [18]
    Orders on Motion to Strike, 456 [1]
  Dismissal—Effect, 544 [4]
  Errors—Invited or Committed by Appellant, 257 [4]
  Harmless and Reversible Error
    Conduct of Counsel, 266 [6]
      Insurance Against Loss, Reference to, 692 [10], 747 [7]
    Instructions, 301 [1]
      Conflicting Instructions, 340 [2, 3]
  Law of Case, 389 [1]
  Notice of Appeal, 650 [10]
  Objections, 372 [2]
    Conduct of Counsel, 747 [6]
    Necessity, 828 [2, 3]
    Theory of Case—Adherence, 828 [1]
  Presumptions—Orders on Motion for New Trial, 99 [1]

APPEAL—Continued

   Questions of Law and Fact—Authority and Power of Court, 265 [4], 326 [1, 2], 357 [2], 550 [6], 602[11]

      Consideration of Evidence, 83 [6], 265 [3], 721 [4], 729 [5]

      Documentary Evidence, 549 [5]

      Inferences, Evidence Subject to Different, 326 [3]

      Law Question, When Arises, 357 [1]

      Presumptive Evidence, 772 [10]

      Substantial Evidence Rule, 721 [3]

      Sufficiency of Evidence, 519 [1]

   Reversal—Partial Reversal, 330 [2]

   Review—Nature of Decisions From Which Appeal Is Taken, 544 [5]

      Right of Review—Waiver of Right, 330 [3, 4]

      Scope and Extent—Demurrer, 307 [1]

   Taking Appeal—Filing, 414 [5]

ARBITRATION

   Award—Appeal, 4 [1]

      Review, 4 [2], 5 [4, 7]

      Scope, 5 [6]

      Vacation, 5 [5]

   Waiver, 4 [3]

ARREST

   Without Warrant—Reasonable Cause, 429 [1], 586 [2, 3], 587 [4-8], 588 [9], 595 [3, 4]

      When Made, 586 [1], 595 [2]

ASSISTANCE, WRIT OF

   Persons Entitled, 661 [2]

ATTORNEYS

   Relation to Client—Establishment of Relationship, 549 [2]

AUTOMOBILES

   Appeal

      Harmless and Reversible Error

         Evidence, 326 [4]

            Admissibility, 534 [1]

         Instructions, 105 [2], 301 [2], 304 [2], 340 [1], 341 [4], 691 [5]

   Care of Operator, 692 [7]

      Intersections—Assumption as to Conduct of Others, 232 [4]

   Evidence, 374 [12]

   Instructions—Care of Operator, 690 [1, 2], 692 [6]

      Contributory Negligence, 373 [10]

      Presumptions, 691 [3, 4], 692 [9]

      Res Ipsa Loquitur, 372 [4]

      Violation of Ordinance, 180 [1]

AUTOMOBILES—Continued

Insurance—Claims Covered, 875 [6]
    Delivery of Contract, 876 [7]
    Indemnity Insurance, 172 [1-3], 173 [4]
    Risks—"Collision or Upset," 875 [4, 5]
Offenses
    Driving Car Without Owner's Consent—Evidence, 808 [3]
        Questions of Fact, 808 [1]
Province of Court and Jury, 104 [1]
    Vehicles Being Towed, 374 [11]
Proximate Cause—Violation of Regulations, 535 [4, 5]

BRIDGES

Instructions—Care of Vehicle Driver, 479 [4]
Province of Court and Jury—Contributory Negligence, 478 [3]

BROKERS

Compensation—Evidence, 77 [1]
    Findings, 77 [2]

BURGLARY

Appeal—Harmless Error, 493 [2]
Direction of Verdict, 56 [11]
Evidence, 54 [1], 206 [1]
    First Degree Burglary, 54 [3]

CANCELLATION

Evidence, 798 [1, 2]
    Reliance, 798 [3]
Relief Granted—Interest, 349 [4]

CARRIERS

Passengers—Damages, 265 [5]
    Degree of Care Required, 265 [2]
    Evidence, 265 [1], 760 [5]
    Res Ipsa Loquitur, 760 [3]

CONSTITUTIONAL LAW

Constitutionality of Statutes—Partial Unconstitutionality,
        501 [7, 8]
    Presumptions, 501 [3, 4]
Fundamental Rights—Imprisonment for Debt, Freedom From,
        869 [1]

CONTEMPT

Appeal, 67 [1]

CONTINUANCE

Absence of Witness, 534 [3]
Discretion of Court—Abuse, 799 [4]

CONTRACTS

Actions—Appeal—Conclusiveness of Findings, 281 [1]
　　Evidence, 281 [2]
Execution—Place, 369 [1]
Interpretation, 185 [2]
　　Questions of Fact, 252 [3]
　　Questions of Law, 252 [2]
　　Surrounding Circumstances, 252 [5]
Legality—Effect of Illegality, 349 [2, 3]
　　Restraint of Trade—Territorial Extent, 811 [1]
Offer—Mode of Acceptance, 281 [3]
　　Withdrawal or Rejection, 281 [4]

CONTRIBUTION

Joint Tortfeasors, 84 [8]

CORPORATIONS

Capital Stock—Value, 738 [3]
Officers—Liability—Statute of Limitations, 439 [4]
Stockholders—Suing on Behalf of Corporation, 433 [4-6], 439 [3]

COURTS

Decisions—Obiter Dicta, 856 [22]
　　Opinions—Construction, 856 [19, 20]
　　Precedents, 856 [21, 23, 24]
Superior Courts—Jurisdiction—Equity Cases, 773 [16]

COVENANTS

Conditions—Construction and Effect, 163 [1, 2]

CRIMINAL LAW

Advised Verdict—When Acquittal May Be Advised, 675 [11]
Appeal—Decisions Appealable—Probation, Order Granting, 848 [1]
　　Harmless and Reversible Error
　　　　Evidence, 55 [8]
　　　　　　Other Crimes, 209 [3]
　　　　Miscarriage of Justice, 209 [7]
　　　　Misconduct of Prosecuting Attorney, 671 [1]
　　　　　　Opening Statement, 673 [2-4], 674 [5, 6]
　　　　Questions, Improper, 674 [8]
　　　　Revocation of Probation, 578 [6]
　　Invited Error—Evidence, 808 [2]
　　Objections, 430 [3]
　　　　Evidence, 23 [6]
　　　　Misconduct of Counsel, 753 [7]
　　Presumptions—Evidence, 39 [7]
　　Questions of Law and Fact, 31 [3], 39 [6, 10], 41 [19], 160 [1, 3],
　　　　582 [2]
　　　　Consideration of Evidence, 31 [1]

CRIMINAL LAW—Continued

Appeal—Continued

Questions of Law and Fact—Continued
Identity, 22 [4]
Inferences, Conflicting, 31 [2], 39 [8]
Inherent Improbability, 22 [2, 3], 160 [4, 5], 582 [4]
Reasonable Doubt, 54 [2]
Suspicion, 160 [7]
Argument of Counsel—Comment on Evidence, 753 [5, 8]
Inferences, 753 [8]
Retaliation, 849 [7]
Scope, 753 [5, 6]
Conduct of Counsel—Improper Questions, 493 [4]
Opening Statement, 674 [7]
Conduct of Judge—Toward Particular Persons, 493 [3]
Evidence—Accomplices—Feigned Accomplice, 623 [2, 3]
Compelling Production of Evidence, 444 [1], 848 [3, 5]
Corpus Delicti, 38 [2]
Flight, 445 [6]
Other Crimes, 208 [1], 209 [2, 4, 5], 444 [4], 753 [4]
Relevancy, 445 [5], 595 [5]
Telephone Conversation, 55 [9, 10]
Former Jeopardy—Identity of Offenses, 54 [4], 754 [11]
Indeterminate Sentence—Constitutionality of Law, 445 [7, 8]
Inspection of Papers, 848 [4], 849 [6]
Instructions—Evidence—Character, 676 [15]
New Trial—Newly Discovered Evidence—Character of Evidence,
595 [6]
Order of Proof—Corpus Delicti and Admissions, 38 [3, 5]
Plea—Guilty, 171 [1]
Probation—Discretion of Court, 578 [3]
Duration, 579 [7]
Review—Presumptions, 578 [4]
Revocation, 1 [1, 2], 578 [5], 579 [8]
Who May Be Placed on Probation, 578 [2]
Province of Court and Jury—Identity, 22 [5]
Punishment—Cumulative Sentences, 445 [10], 446 [11]
Extent and Duration, 446 [12]
Rights of Accused—Confrontation by Witnesses, 752 [1]
Counsel, 675 [12]
Suspension of Sentence—Authority of Court, 578 [1]

DAMAGES

Compensatory Damages—Attorneys' Fees, 145 [12]
Excessive Damages—Power of Appellate Court, 197 [6]
Exemplary Damages—Province of Court and Jury, 197 [7]
Review on Appeal, 197 [8]

DEATH

Actions for Wrongful Death—Instructions—Presumptions, 398 [22]
Presumptions, 616 [5]

DECEDENTS' ESTATES

Administrators
Removal—Discretion of Court, 764 [1]
Review, 764 [2]
Decree—Construction by Resort to Will, 216 [1]
Final Distribution—Conclusiveness of Decree, 635 [1, 2], 636 [6]
Decree of Distribution, 636 [4]
Effect of Decree—Trusts, 635 [3], 636 [5]
Jurisdiction—Controversies With Third Persons, 773 [17]
Orders and Decrees—Vacation, 109 [3]
Sales—Confirmation—Vacation, 109 [1, 5], 110 [6]

DEEDS

Delivery—Elements—Intent, 226 [8]
Evidence—Delivery, 226 [7], 257 [1]
Findings, 258 [6]
Interpretation—Reservations, 163 [3, 4]
Questions of Fact—Delivery, 226 [9]
Requisites—Delivery—Intent, 257 [2, 3]

DELINQUENT CHILDREN

Correction—Proceedings—Appeal, 463 [2, 3]
Evidence, 463 [4]
Findings, 463 [1]

DISMISSAL

Nonsuit—Appeal, 664 [1]
Denial, 395 [1]
Hearing of Motion—Inferences, 705 [1]

DIVORCE

Appeal—Sufficiency of Evidence, 225 [1]
Community Property, Disposition of—Review, 330 [1]
Judgment—Collateral Attack, 288 [8, 10]
Interlocutory Decree, 287 [2]
Res Judicata, 288 [4]
Permanent Alimony—Appeal, 225 [4]
Discretion of Court, 225 [2, 3, 5]
Grantability, 288 [9]
Support of Children—Amount of Award, 225 [6]

EASEMENTS

Evidence, 18 [1]
Interference With Easement, 18 [2]
Servient Estates, Rights of Owners of, 18 [2]

ELECTIONS

    Conduct of Election—Effect of Irregularities, 557 [6]

    Election Campaigns, 708 [1]

EMINENT DOMAIN

    Judgment—Enforcement of Award, 661 [1]

    Nature of Rights Acquired, 657 [1]

        Abandonment and Nonuser—Reversion, 657 [3], 658 [4]

    Necessity, Considerations in Ascertaining, 657 [2]

    Pleadings, 456 [4]

    Right—Who May Exercise Right—Individuals, 456 [4]

EQUITY

    Grounds and Subjects of Relief—Mistake, 13 [1]

    Laches, 702 [3]

ESCROWS

    Pleading, 566 [1, 3, 4]

EVIDENCE

    Competency—Incompetent Testimony Admitted in Evidence, Effect, 549 [3, 4]

        Whole, Admissibility of, Where Part is Proved, 534 [2]

    Extrinsic Evidence—Sales Contracts, 702 [1]

    Hearsay—Mental Condition, 400 [32, 33]

    Judicial Notice—Address, 842 [11]

        Boats, Movement of, 760 [4]

        Municipal Ordinances, 180 [2]

    Presumptions—Law of Foreign Country, 841 [1]

        Nonproduction of Evidence, 275 [1]

EXTORTION

    Attempt—Evidence, 54 [1]

        Requisites, 55 [6]

    Elements of Offense, 55 [5]

FIXTURES

    Evidence, 164 [5]

    Intent, 164 [6]

FORCIBLE ENTRY

    Acts Constituting—Violence or Circumstances of Terror, 69 [2]

    Damages, 70 [5, 6]

    Defenses—Consent, 70 [3]

        Prior Possession of Defendant, 70 [4]

    Evidence—Title, 71 [7]

    Statutory Provisions, 69 [1]

FORGERY

    Passing Fictitious Checks—Evidence, 622 [1], 623 [4, 5]

FRAUD

Appeal—Sufficiency of Evidence, 196 [4]
Concealment—Duty to Disclose Facts, 322 [1]
Damages, 197 [9], 522 [2], 737 [2], 738 [4]
    Measure, 197 [5]
Evidence, 522 [1]
    Constructive Fraud, 737 [1]
Knowledge of Falsity—Innocent Representations, 322 [3]
Pleading, 439 [1]
    Amendment, 196 [1]
    Essential Averments, 196 [3]
Statements of Fact and Opinion, 323 [5]
Waiver, 196 [2]

FRAUDS, STATUTE OF

Pleading, 288 [6]

FRAUDULENT CONVEYANCES

Bulk Sales
    Appeal, 815 [2]
        Conflicting Evidence, 815 [3]
    Recording and Notice of Intended Sale, 815 [4], 816 [5]
    Remedies, 815 [1]
    Rights and Liabilities, 816 [6]
    Validity and Effect, 816 [7]

GAMING

Offenses—Bookmaking—Showing Necessary, 31 [5]
    Evidence—Bookmaking, 31 [4]

HOMESTEADS

Alienation and Encumbrance, 855 [4]
Death or Dissolution of Family, 856 [14, 15]
    Continuance of Exemption, 856 [16]
Divorce—Assignment of Homestead, 855 [7, 8]
    Decree Silent as to Homestead, 855 [11, 12]
    Effect, 855 [9-11], 856 [13]
Exemption, 855 [6]
Nonresidence or Temporary Absence, 856 [17]
Persons Entitled—Joint Tenant or Tenant in Common, 856 [18]
Property Subject—Estate in Cotenancy, 854 [1]
    Title, 854 [2]
Remedies—Partition, 854 [3]
Termination, 855 [5]

HOMICIDE

Evidence—Corpus Delicti, 38 [1, 4, 5]
    Second Degree Murder, 39 [9, 11], 40 [15, 16]
Instructions—Defenses—Excusable Homicide, 40 [18]

HOMICIDE—Continued

Murder—Malice, 40 [12, 13]
Manslaughter Distinguished, 49 [13]
Second Degree, 40 [14]
Province of Court and Jury—Degree of Offense, 40 [17]

HOUSES OF CORRECTION

Commitment, 464 [5]

HUSBAND AND WIFE

Descent of Property—Personal Property, 500 [1, 2], 501 [5, 6]
Property
Character—Determination—Appeal, 772 [9]
Evidence, 771 [7]
Separate Property, as to, 772 [12, 13]
Presumptions, 771 [8]
Management and Control, 772 [11]
Property Settlement Agreements—Construction, 275 [2]
Effect—Enforcement, 287 [3]
Pleading and Proof, 288 [7]
Requisites, 287 [1]
Transactions Inter Se
Undue Influence, 770 [1]
Against Wife—Presumption, 770 [3], 771 [5]
Evidence, 771 [6]
Presumption, 770 [2], 771 [4]
Trusts—Actions, 143 [4], 144 [7, 8], 145 [9], 146 [14]
Express Trusts, 143 [1]

INDEPENDENT CONTRACTORS

Liability of Contractors, 396 [8, 9]
Nonsuit, 396 [11]

INJUNCTIONS

Soliciting Customers of Former Business Association, 811 [2]

INSURANCE

Actions—Conditions Precedent, 307 [3], 308 [4]
Pleading—Demurrer to Complaint, 307 [2]
Interpretation of Contract—Against Insurer, 875 [1, 3]
Objects, With Reference to, 875 [2]

INTOXICATING LIQUORS

Licenses—Review of Department's Decisions, 335 [1]
Revocation—Review, 413 [2], 414 [3]
Sales, 335 [2]
To Minors, 336 [5]
Suspension—Defenses, 114 [1], 335 [3, 4]
Transfer, 714 [3], 715 [4]

JUDGES

Disqualification, 665 [7]
Acting as Attorney, 665 [6]
Proceedings, 665 [8]

JUDGMENTS

Assignment—Evidence, 83 [7]
Declaratory Judgments—Pleading, 295 [7, 8]
Findings and Conclusions, 637 [8, 9]
Form and Requisites—Conformity to Findings, 384 [1, 2]
Number in Case, 543 [2]
Opening and Vacating—Construction of Statute, 109 [4]
Discretion of Court—Review, 109 [2]
Procedure to Obtain Relief, 658 [5]
Payment—By One of Several Joint Wrongdoers, 84 [9]
Res Judicata—Matters Concluded—Unnecessary Findings, 637 [10]
Satisfaction
Compelling Satisfaction—Affidavits, 83 [2, 3]
Motion, 82 [1]

KIDNAPING

Child Stealing—Evidence, 353 [1]

LABOR

Injunctive Relief—Jurisdiction of State Courts, 126 [1], 127 [2]
Offenses—Refusal to Pay Wages, 870 [3]
Wages, 869 [2]

LANDLORD AND TENANT

Covenant to Repair—Remedies on Breach, 242 [1-3]
Leases—Extension, 715 [5]
Options to Purchase in Leases—Actions to Enforce, 185 [3]
Exercise, 184 [1]
Waiver, 185 [4]
Use of Premises—Injuries to Persons on Premises, 247 [1]
Injuries to Invitees of Lessee, 247 [2, 3]

LARCENY

Elements of Offense, 55 [7]
Evidence, 54 [1]
Possession of Stolen Goods, 209 [6]

LEWDNESS

Appeal—Review of Evidence, 674 [10]
Evidence, 673 [1]
Corroboration, 674 [9]
Instructions, 675 [14], 676 [16, 17]
New Trial, 675 [13]

LIBEL

Evidence, 318 [1]
Privileged Communications, 318 [2], 319 [3]

LICENSES

Criminal Liability, 349 [1]
Nonpayment as Affecting Contracts, 349 [1]
Subjects of License or Tax—Contractors, 468 [3]
     Plumbers, 469 [4]
Validity of Laws—Conflicting Regulations, 468 [1, 2]

LIMITATION OF ACTIONS

Appeal—Review, 772 [14]
Commencement of Period—Accrual of Cause of Action, 714 [2]
Estoppel, 308 [7, 8], 309 [9, 10]
Period of Limitation—Instruments in Writing, 714 [1]
Persons Affected, 772 [15]
Procedure—Demurrer, 308 [6]

LOST INSTRUMENTS

Appeal, 472 [3]
Evidence, 472 [1]
Proof of Loss, 472 [2]

MARRIAGE

Annulment—Review of Evidence, 136 [1]

MECHANICS' LIENS

Bonds, 513 [2]
     Liabilities of Sureties, 513 [1, 3], 514 [5]
Contents of Claim—Kind of Materials, 630 [4]
Evidence—Value of Work and Materials, 629 [1]
Persons Entitled, 629 [2, 3]

MOTIONS

Findings, 84 [10]

MUNICIPAL CORPORATIONS

Contracts—Estoppel, 294 [4]
     Implied Liability, 294 [4]
     Mode of Contracting as Measure of Power, 294 [1-3, 5], 295 [6]

NAMES

Fictitious Names—Persons Affected, 816 [8]
     Waiver of Noncompliance, 816 [9]

NEGLIGENCE

Anticipating Negligence of Others, 232 [6]
Appeal—Harmless Error—Instructions, 372 [3]
     Questions of Law and Fact, 721 [1]
Assumption of Risk, 400 [30, 31]

NEGLIGENCE—Continued

Care

By Employees of Subcontractors, 397 [12]

By Persons Dealing With Dangerous Articles, 396 [7]

By Persons in Charge of Dangerous Instrumentalities, 397 [14, 15], 398 [16]

Exercise of Care

Excuses for Failure to Exercise Care—Sudden Peril, 616 [6]

Knowledge of Danger, 399 [27]

Ordinary Care, 395 [5]

Proportioned to Danger, 396 [6], 692 [8]

Toward Invitees, 396 [10]

Contributory Negligence, 399 [28]

Evidence, 395 [2, 3]

Instructions—Inevitable or Unavoidable Accident, 304 [1]

Last Clear Chance, 616 [3]

Knowledge of Danger—Foreseen Consequences, 232 [5]

Last Clear Chance, 615 [1]

Nonsuit, 395 [4], 397 [13]

Pleading—Answer, 478 [1, 2]

Presumptions, 399 [23]

Proximate Cause, 398 [18], 746 [2, 3]

Concurrent Causes, 232 [7], 233 [12]

Foreseen Consequences, 398 [17]

Intervening Causes, 746 [3]

Questions of Law and Fact, 721 [2]

Assumption of Risk, 400 [29]

Contributory Negligence, 398 [21], 399 [24-26]

Negligence of Defendant, 398 [19, 20]

Proximate Cause, 746 [1, 4]

Res Ipsa Loquitur, 373 [9], 760 [2]

Res Ipsa Loquitur, 373 [7]

Application of Rule, 373 [5]

Limitations on Doctrine, 373 [8], 760 [1]

NEW TRIAL

Insufficiency of Evidence—Conflict of Evidence, 231 [2]

Powers and Duties of Court, 231 [1]

Review, 232 [3]

Misconduct of Counsel, 616 [9]

PARTITION

Trial and Judgment—Counsel Fees, 145 [11], 146 [13]

PHYSICIANS

Licenses

Suspension—Evidence, 728 [1], 729 [7]

Review, 729 [6]

Unprofessional Conduct, 728 [2, 3]

PHYSICIANS—Continued

    Malpractice—Directed Verdict, 833 [1, 3]
        Evidence, 664 [2, 3]
        Nonsuit, 664 [4]
        Questions for Jury—Res Ipsa Loquitur, 664 [5]
        Res Ipsa Loquitur, 833 [2]

PLEADING

    Amendment—On Leave of Court, 432 [3], 439 [2], 456 [2]
    Demurrer to Complaint—Form and Requisites, 308 [5]
        Insufficiency of Facts, 566 [2]
        Judgment on Demurrer, 309 [11]
    Judgment on Pleadings, Motion for, 288 [5]
    Objections—To Evidence, 432 [1, 2]
    Striking Pleadings—Motion—Amended Pleading, 457 [7, 8]
    Subject Matter—Facts Judicially Noticed, 456 [5]

POISONS

    Offenses—False Name and Address in Connection With Prescription
        of Narcotic, 572 [1-3]
        Possession of Narcotics, 582 [1, 3], 595 [1]
            Evidence, 63 [2]
            Knowledge, 63 [1]
        Sale of Narcotics—Evidence, 753 [3]
            Instructions, 754 [9, 10]
    Transportation of Narcotics—Forfeiture of Vehicles, 365 [1]

PRISONS

    Fixing Term of Imprisonment, 445 [9]

PROHIBITION

    Acts Prohibitable, 127 [3]
    Particular Civil Proceedings—Receivership, 807 [1]

PUBLIC UTILITIES AND SERVICES

    Exclusiveness of Commission's Jurisdiction, 485 [1, 2]

RAILROADS

    Injuries From Operation—Appeal—Harmless Error, 616 [4],
        616 [7, 8]
        Instructions—Last Clear Chance, 615 [2]

RAPE

    Appeal—Review of Prosecutrix' Testimony, 160 [8]

REFERENCE

    Effect of Order Adopting Report, 609 [10]
    Effect of Report, 609 [5, 9]
    Modification or Correction of Report, 608 [1]
    Nature of Reference, 608 [2], 609 [8]

REFERENCE—Continued

    Review of Report, 609 [4]

    Setting Aside Report, 609 [6, 7]

    When Authorized, 609 [3]

ROBBERY

    Evidence—Other Offenses, 444 [3]

        Review, 22 [1]

    Indictment and Information—Ownership, 444 [2]

SALES

    Conditional Sales—Retaking Possession of Property, 527 [1]

    Evidence, 702 [2]

        Extrinsic Evidence, 252 [4]

    Seller's Remedies—Action for Price, Appeal, 252 [1]

SCHOOLS

    Buildings and Construction, 456 [3]

    Districts, 417 [2]

    Legislative Power and Duty, 417 [1, 4], 457 [6]

    Property, 417 [3]

        Location of School Site, 417 [5-8]

SEARCHES AND SEIZURES

    Consent, 527 [3], 588 [10-12]

    Legality, 492 [1]

SHERIFFS

    Deputies—Discharge—Judicial Review, 823 [2]

SPECIFIC PERFORMANCE

    Acts Prerequisite to Suit—Payment of Purchase Price, 117 [1]

    Mutuality—Exceptions, 117 [3]

STATE OF CALIFORNIA

    Actions Against State, 93 [1]

    Tort Liability, 93 [2]

STATUTES

    Construction—Executive or Departmental Construction, 414 [4]

STREETS

    Definitions—"Roadway," 180 [3, 4], 181 [5]

    Injuries Caused by Obstructions—Liability of Abutting Owners, 706 [4]

        Liability of City, 706 [5]

        Nonsuit, 705 [3]

        Proximate Cause, 705 [2]

SURETYSHIP

    Interpretation—Contract and Bond, 514 [4]

TORTS
    Joint and Several Liability, 233 [8-11]

TRADEMARKS AND TRADE NAMES
    Evidence, 357 [3]

TRESPASS
    Defenses—Consent, 527 [2]
    Instructions, 527 [1]

TRIAL
    Direction of Verdict—Condition of Evidence, 721 [5]
    Evidence, Introduction of, 747 [5]
    Findings—Inconsistency, 258 [5]
    Instructions—Applicability to Evidence, 301 [1]
        Invading Province of Jury, 373 [6]

TRUST DEEDS
    Duties of Trustee, 650 [8, 9]
    Nature, 650 [7]
    Sale Under Power—Attack—Inadequacy of Price, 650 [5]
        Notice, 649 [1-3], 650 [6]
        Recitals in Trustee's Deed as Evidence, 650 [4]

TRUSTS
    Appointment of Trustee—Beneficiary as Trustee, 144 [5]
        Right to Act, 144 [6]
    Control and Management of Trust Property—Rights of Trustees,
        145 [10]
        Payment of Taxes, 637 [11]
    Express Trusts—Essentials and Requisites, 143 [2]
    Judgments, 636 [7]

VENDOR AND PURCHASER
    Assignment or Transfer by Purchaser, 13 [2]
    Bona Fide Purchasers—Notice, 143 [3]
    Contract—Construction and Operation—Interest, 881 [1]
        Performance of Contract—Tender or Offer, 117 [2]
    Fraud—Knowledge or Intent, 322 [4]
        Nondisclosure and Concealment, 322 [2]
    Options—Return of Consideration, 820 [1]

VENUE
    Actions ex Contractu, 369 [2, 3], 489 [1], 841 [2]
    Appeal—Objections—Waiver, 316 [1, 2]
    Change of Venue
        Affidavits—Residence, 842 [13]
            Counteraffidavits or Showing, 842 [9]
        Pleadings as Determining Right, 842 [8]
        Presumptions and Burden of Proof, 489 [2]
    County of Residence, 841 [3], 842 [4-7, 12]

WAIVER

Definitions, 185 [5]
Province of Court and Jury, 185 [6, 7]

WATERS

County Water Districts
Annexation, 556 [3]
Formation, 556 [1]
Election, 557 [5]
Jurisdiction to Call Formation Election, 557 [7]
Inclusion and Exclusion, 557 [4]
Issuance of Bonds, 556 [2]

WILLS

Conditional Wills, 600 [2, 3], 601 [4, 7-9], 602 [10]
Construction—Appeal, 389 [2], 390 [15]
Avoidance of Intestacy, 389 [7, 8], 390 [9]
Extrinsic Evidence, 216 [3]
Intention of Testator, 216 [2], 389 [5], 600 [1], 601 [5]
Language, 389 [4]
Liberal Construction, 601 [6]
Words of Desire or Wish, 389 [3]
Designation of Takers, 390 [14]
Disinheritance—Intention, 389 [6]
Execution—Presumptions, 99 [4]
Proof, 99 [5]
Failed Gifts—Gifts to Relations of Testator, 686 [1]
Probate—Hearing, 99 [2, 3]
Vacating or Setting Aside Order, 99 [6]
Residuary Gifts—Construction, 390 [13]
Intention, 390 [12]
Language of Clause, 390 [10]
Position of Clause, 390 [11]
Review—Sufficiency of Evidence, 217 [7]

WITNESSES

Answers—Responsiveness, 401 [35]
Credibility—Disregarding Part of Testimony of Witness, 160 [2]
Province of Court and Jury, 160 [6]
Impeachment, 753 [4]
Conviction of Crime, 494 [5]
Privileged Communications
Public Officers—Identity of Informers, 752 [2]
Waiver, 429 [2]
Questions—Calling for Conclusion, 400 [34]
Refreshing Recollection—Inspection and Cross-examination by
Adverse Party, 848 [2]